

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2015

No. 04-15-00621-CV

**IN THE INTEREST OF J.C.,** a child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM503338
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Appellant's notice of appeal was filed late without a motion for extension of time to file the notice. *See* TEX. R. APP. P. 26.1, 26.3. On October 29, 2015, we ordered Appellant to file a written response presenting a reasonable explanation for the late notice of appeal. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

On November 13, 2015, Appellant filed a written response explaining the late notice of appeal; our October 29, 2015 order is satisfied. *See Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (noting a "reasonable explanation" comprises all but "deliberate or intentional noncompliance").

We REINSTATE the appellate timetable. Appellant's brief is due within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court